UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA

OSCAR GUILLEN,                          )
                                        )
            Petitioner,                 )
                                        )
v.                                      )    No. 1:05-cv-1051-LJM-WTL
                                        )
CRAIG HANKS, Superindent,               )
                                        )
            Respondent.                 )

**Entry Discussing Petition for Writ of Habeas Corpus**

**I.**

The petitioner's request to proceed *in forma pauperis* is **granted.**

**II.**

In a proceeding identified as No. MCF 05-03-507, Indiana prisoner Oscar Guillen ("Guillen") was found guilty of violating a prison rule prohibiting inmates from threatening another. The hearing on the charge was conducted on March 31, 2005. Guillen provided a written statement concerning the charge. Upon being found guilty, Guillen was sanctioned with the assignment to disciplinary segregation for a period of one month. Guillen now challenges the proceeding through this action for a writ of habeas corpus. The matter is before the court for the preliminary review required by Rule 4 of the *Rules Governing Section 2254 Proceedings in the United States District Court*.

The court finds the claim subject to summary dismissal pursuant to Rule 4. The reason for this disposition is that the proceeding which is challenged in Guillen's habeas petition resulted in the sanction of nothing more than placement in disciplinary segregation for one month. Such a sanction does not constitute the imposition of "custody" within the meaning of 28 U.S.C. § 2254(a), *Montgomery v. Anderson,* 262 F.3d 641, 644 (7th Cir. 2001), nor in the loss of a liberty interest within the meaning of federal due process, *Sandin v. Conner,* 115 S. Ct. 2293, 2300 (1995), and hence may not be challenged through an action for a writ of habeas corpus.

Judgment consistent with this Entry shall now issue.

**IT IS SO ORDERED.**


Date: _____