UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA

| | |
|---|---|
| OSCAR GUILLEN,<br><br>　　　　　Petitioner,<br><br>v.<br><br>CRAIG HANKS, Superindent,<br><br>　　　　　Respondent. | )<br>)<br>)<br>)　No. 1:05-cv-1051-LJM-WTL<br>)<br>)<br>)<br>) |

**J U D G M E N T**

The court, having this day made its Entry,

**IT IS THEREFORE ADJUDGED** that the petitioner take nothing by his petition for a writ of habeas corpus and this action is **dismissed with prejudice.**

**IT IS SO ORDERED.**

Date: _____

Laura A. Briggs, Clerk

BY: _____*Karen J. McCord*_____
Deputy Clerk, U.S. District Court

Copies to:

Oscar Guillen, Sr.
DOC #950987
Wabash Valley Correctional Facility
P.O. Box 1111
Carlisle, IN 47838-1111