UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA

OSCAR GUILLEN,                          )
                                         )
           Petitioner,                   )
                                         )
v.                                       )   No. 1:05-cv-1051-LJM-WTL
                                         )
CRAIG HANKS, Superindent,                )
                                         )
           Respondent.                   )

**J U D G M E N T**

The court, having this day made its Entry,

**IT IS THEREFORE ADJUDGED** that the petitioner take nothing by his petition for a writ of habeas corpus and this action is **dismissed with prejudice.**

**IT IS SO ORDERED.**

Date: 07/20/2005

_____
LARRY J. McKINNEY, CHIEF JUDGE
United States District Court
Southern District of Indiana

Laura A. Briggs, Clerk

BY: _____
Deputy Clerk, U.S. District Court

Copies to:

Oscar Guillen, Sr.
DOC #950987
Wabash Valley Correctional Facility
P.O. Box 1111
Carlisle, IN 47838-1111